Petition for Writ of Mandamus Denied and Memorandum Opinion filed
October 12, 2006








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed October 12, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00843-CV

____________

 

IN RE PERRY LEE WHATLEY, Relator

 

 



 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
October 2, 2006, relator filed a petition for writ of mandamus
in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable Mike Wood, presiding judge of
Probate Count No. 2 of Harris County, to set aside his order of August 14,
2006, appointing Mylus James Walker as temporary guardian for relator.

Relator
has not established that he is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed October 12, 2006.

Panel consists of Justices Hudson,
Frost, and Seymore.